Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REQUEST FOR MODIFICATION
## TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
### November 30, 2017

Name of Offender: **Steven Frazier**

Case Number: **2:17CR00271**

Name of Sentencing Judicial Officer: **Honorable Daniel L. Hovland**

Date of Original Sentence: **September 24, 2015**

Original Offense: **Conspiracy to Distribute and Possess with Intent to Distribute Heroin**

Original Sentence: **366 Days prison, followed by 36 Months TSR.**

Date Supervision Commenced: **November 12, 2016**

Date Jurisdiction Transferred to District of Nevada: **August 23, 2017**

Name of Assigned Judicial Officer: **Honorable Richard F. Boulware**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Alcohol Monitoring**– You must complete Alcohol Monitoring via Soberlink SL2 for a period of 60 days, as approved and directed by the probation officer. You must pay 100% of the cost of the alcohol monitoring services.

2. **Home Confinement with Location Monitoring** – You will be monitored by the form of location monitoring technology indicated below until your status conference, currently scheduled for January 9, 2018, at 3:00 p.m., and you must follow the rules and regulations of the location monitoring program.

    ☒ GPS Monitoring (including hybrid GPS).

      This form of location monitoring technology will be used to monitor the following restriction on your movement in the community:

☒ You are restricted to your residence every day from 2:00 a.m. to 2:00 p.m. on days you work, and from 8:00 p.m. to 8:00 a.m. on days off, or as directed by the probation officer. This schedule is subject to adjustment for the purposes of employment, school, and treatment, as approved and directed by the probation officer.

## CAUSE

On November 30, 2017, Frazier appeared before Your Honor for a modification hearing. The hearing was in response to Frazier's violation conduct, to include alcohol and marijuana use. As a condition of supervision Frazier is prohibited from consuming alcohol. As reflected in a report to the Court dated September 19, 2017, Frazier tested positive for alcohol on June 29, 2017, as established by a Breathalyzer and subsequently his admission to the undersigned officer. Frazier's breath alcohol content (BAC) was established as .02% and .14%.

On August 13, 2017, Frazier submitted a urine sample which was positive for marijuana. Frazier denied use, however, the urine specimen was confirmed positive for the presence of marijuana by the national contracted laboratory. In addition, Frazier failed to report for drug and alcohol testing on September 16, 2017.

On November 22, 2017, our office filed an addendum to the violation report dated September 19, 2017, to inform Your Honor that Frazier once again violated his release conditions by using alcohol on November 21, 2017. During a home visit on November 21, 2017, Frazier submitted to a Breathalyzer which registered a BAC of .065%. Frazier admitted to consuming Brandy prior to the undersigned officer's arrival at his residence.

As previously stated, on November 30, 2017, Frazier appeared before Your Honor for a modification hearing wherein he was represented by Assistant Federal Public Defender Rebecca Levy. Frazier agreed to the modifications proffered to the Court and Your Honor modified his conditions accordingly; and requested our office file an order containing the specific language. Subsequent to the hearing, the undersigned and counsel conferred telephonically, with Frazier's participation, to discuss his curfew on days he does not work. It was agreed by all parties that Frazier's curfew will be from 8:00 p.m. to 8:00 a.m. on his days off, unless he works, which must be approved in advance by the Probation Office.

RE: Steven Frazier

Prob12B
D/NV Form
Rev. June 2014

Respectfully submitted,

Todd Fredlund
2017.11.30
13:54:14 -08'00'

Todd J. Fredlund
Supervisory United States Probation Officer

*THE COURT ORDERS*

☐    No Action.

☐    The extension of supervision as noted above.

☑    The modification of conditions as noted above

☐    Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

RICHARD F. BOULWARE, II
United States District Judge

 Novembe 30, 2017
Date