UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN FRAZIER,<br><br>Defendant. | Case No. 2:17-cr-00271-RFB<br><br>ORDER REGARDING ADDITIONAL CONDITIONS OF RELEASE |

Presently before the court is the matter of U.S.A. v. Steven Frazier, On June 11, 2018, this court held a hearing regarding the defendant's supervised release in the instant matter.

The Court ORDERED that Mr. Frazier be RELEASED and that his supervision to be modified to include additional conditions of release.

Consistent with its Orders at the hearing, the Court **Ordered** and **now Orders** that Mr. Frazier be Released and that his supervision is continued and modified to include the following additions and modifications:

**1. Substance Abuse Treatment** – You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

2**. Mental Health Treatment** – You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

3. **Place Restriction – Types of Establishments** – You must not knowingly enter any place in which alcohol is primarily served without first obtaining the permission of the probation officer, except for the purposes of employment.

4. **Cognitive Behavioral Treatment** – You must participate in a cognitive behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.

5. <u>Search and Seizure</u> – You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

6. <u>Possession of Weapons</u> – You shall not possess, have under your control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by federal, state or local law.

7. **No Alcohol** – You must not use or possess alcohol.

8. **Home Confinement with Location Monitoring** – You will be monitored by the form of location monitoring technology indicated below for a period of 90 days, and you must follow the rules and regulations of the location monitoring program. Offender to pay costs of the program based on his ability to do so. GPS Monitoring (including hybrid GPS). You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer (**Home Detention**).

9. **No Contact** – You must not communicate, or otherwise interact, with Ms. Brittany Ewing (victim), either directly or through someone else, without first obtaining the permission of the probation office.

10. **Alcohol Monitoring -** You must complete Alcohol Monitoring via Soberlink SL2 for a period of 90 days, as approved and directed by the probation officer. Offender to pay costs of the program based on his ability to do so.

Defendant is continued on the modified terms of supervision stated at the hearing as well as the conditions of supervised release previously imposed.

IT IS SO ORDERED this <u>11th</u> day of June, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE